UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CV-60758-RAR

**NARAZUDEEN MANGROO,** *on behalf of*
*himself and all other similarly situated consumers*,

    Plaintiff,

v.

**DEBT RECOVERY SOLUTIONS, LLC and**
**PENDRICK CAPITAL PARTNERS, LLC**,

    Defendants.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** comes before the Court *sua sponte*. On June 13, 2022, the Court entered an Order Administratively Closing Case [ECF No. 11], requiring the parties to file a stipulation of dismissal within thirty (30) days of the Order. On July 18, 2022, the Court entered an Order Requiring Stipulation of Dismissal [ECF No. 12], as the parties did not file a stipulation of dismissal within thirty days. The parties filed a Stipulation of Dismissal on July 19, 2022, [ECF No. 13], asking the Court to retain jurisdiction to enforce the terms of the parties' settlement agreement yet failed to attach a copy of the parties' settlement agreement to their Stipulation for the Court's review. That same day, the Court entered an Order on Joint Stipulation of Dismissal, [ECF No. 14], requiring that the parties re-file their Stipulation on or before July 21, 2022, with the settlement agreement attached, or remove the request that the Court retain jurisdiction. To date, no amended Stipulation has been filed, nor have the parties requested additional time to comply. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that this case is **DISMISSED** pursuant to the parties' Notice of Settlement [ECF No. 10].

**DONE AND ORDERED** in Fort Lauderdale, Florida, 1st day of August, 2022.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**